IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAHMIR ASHLEY-BOYD,** : | No. 3:23-CV-1864 |
| **Plaintiff** : | |
| : | (Judge Munley) |
| v. : | |
| : | |
| **MONROE COUNTY CORRECTIONAL** : | |
| **FACILITY,** *et al.*, : | |
| **Defendants** : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion (Doc. 17) for summary judgment under Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants and against plaintiff Jahmir Ashley-Boyd as to all claims.

3. The Clerk of Court is further directed to CLOSE this case.

Date: 9/11/24

BY THE COURT:

*[signature]*

JUDGE JULIA K. MUNLEY
United States District Court